1  McGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

FILED

Sep 18, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8             IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| 11  IN THE MATTER OF THE APPLICATION | ORDER TO UNSEAL SEARCH WARRANTS; |
| OF THE UNITED STATES OF AMERICA | |
| 12  FOR SEARCH WARRANTS CONCERNING: | |
| | |
| 13  THE PERSON OF MICHAEL GARCIA, DOB | 2:20-SW-0812-CKD |
| XX/XX/1988 | |
| 14 | |
| THE PERSON OF NANCY DALILA | 2:20-SW-0813-CKD |
| 15  ESCOBAR GARCIA, DOB XX/XX/1989 | |
| 16  THE PERSON OF GONZALO RUIZ | 2:20-SW-0814-CKD |
| GARCIA, DOB XX/XX/1965 | |
| 17 | |
| THE PERSON OF TYLOR JEFFERY | 2:20-SW-0815-CKD |
| 18  COMBS, DOB XX/XX/1980 | |
| 19  THE PERSON OF DALE ALAN DOUGLAS, | 2:20-SW-0816-CKD |
| JR, DOB XX/XX/1990 | |
| 20 | |
| THE PERSON OF KING JAMES BERBERAN | 2:20-SW-0817-CKD |
| 21  MIRANDA, DOB XX/XX/1988 | |
| 22  1 TRISTAN CIRCLE, SACRAMENTO, CA | 2:20-SW-0818-CKD |
| 95823 | |
| 23 | |
| 4325 SAN JUAN AVENUE, FAIR OAKS, CA | 2:20-SW-0819-CKD |
| 24  95628 | |
| 25  3650 TALLYHO DRIVE, APT 16, | 2:20-SW-0820-CKD |
| SACRAMENTO, CA 95826 | |

26

27                    **ORDER TO UNSEAL**

28     Upon application of the United States of America and good cause having been shown,

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

1        IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

2

3    Dated:    9/18/2020

4                                                    Hon. Carolyn K. Delaney
                                                     U.S. MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS